IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIPLA LIMITED and CIPLA USA, INC., <br><br> *Plaintiffs,* <br><br> v. <br><br> ASTRAZENECA AB, AKTIEBOLAGET HÄSSLE, ASTRAZENECA PHARMACEUTICALS LP, AND ZENECA INC., <br><br> *Defendants.* | Case No. |

**PLAINTIFFS' MOTION FOR LEAVE TO
FILE COMPLAINT FOR DECLARATORY JUDGMENT OF
NON-INFRINGEMENT AND INVALIDITY UNDER SEAL**

Pursuant to Rule 5.2 of the Federal Rules of Civil Procedure and D. Del. LR 5.1(a), Plaintiffs Cipla Limited and Cipla USA, Inc. (collectively, "Cipla" or "Plaintiff"), by and through their undersigned counsel, respectfully move for an order, substantially similar to the proposed Order attached hereto, permitting the filing of their Complaint for Declaratory Judgment of Non-Infringement and Invalidity ("Complaint") in the above-captioned action under seal. The grounds for this motion are as follows:

1.      This is a Hatch-Waxman action, based on this Court's subject matter jurisdiction pursuant to the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, brought by Cipla against Defendants AstraZeneca AB, Aktiebolaget Hässle, AstraZeneca Pharmaceuticals LP, and Zeneca Inc. (collectively, "AstraZeneca" or "Defendants"). In the Complaint, Cipla requests a declaratory judgment that its submission to the U.S. Food and Drug Administration ("FDA") of Abbreviated New Drug Application ("ANDA") No. 211751 ("Cipla's ANDA"), and the products

described therein ("Cipla's ANDA Products"), do not and will not infringe the claims of United States Patent No. 6,428,810 ("the '810 patent") and that the '810 patent is invalid.

2.     In support of Cipla's non-infringement allegations, the Complaint discloses details regarding the formulation of Cipla's ANDA Products as set forth in its ANDA (the "Cipla ANDA Formulation").

3.     In *Littlejohn v. Bic Corp.,* 851 F.2d 673 (3d Cir. 1988), the Third Circuit held that, though the common law afforded the public the right of access to judicial proceedings and records, that "right is not absolute." *Id.* at 677-78 (citing *Nixon v. Warner Comm., Inc.*, 435 U.S. 589, 598 (1978). Rather, "courts may deny access to judicial records, for example, where they are sources of business information that might harm a litigant's competitive standing." *Id.* at 678 (citing *Nixon*, 435 U.S. at 598); *see also Leucadia, Inc. v. Applied Extrusion Tech., Inc.*, 998 F.2d 157, 116 (3d Cir. 1993) ("Documents containing trade secrets or other confidential business information may be protected from disclosure.").

4.     The Cipla ANDA Formulation is proprietary and trade secret information, the disclosure of which would harm Cipla's competitive standing. Such information could be used to Cipla's detriment by competitors to facilitate development of a similar, competing generic product. The Cipla ANDA formulation is also the type of trade secret information courts typically allow to remain confidential. *See Mosaid Techs, Inc. v. LSI Corp.*, 878 F. Supp. 2d 503, 511 (D. Del. 2012) ("Courts . . . typically permit redacting information in . . . documents that relates to trade secrets or confidential technologies.") (internal citations omitted); *cf. Supernus Pharms., Inc. v. Actavis, Inc.,* C.A. No. 13-4740-RMG-JS, 2015 WL 12837645, at *2 (D.N.J. July 2, 2015) (recognizing private interest in keeping formulation of proposed ANDA product confidential and the competitive harm to party upon disclosure of same).

5.     Cipla therefore seeks to file the Complaint under seal and respectfully requests that the Court maintain the unredacted version of the Complaint under seal.

6.     In accordance with the D. Del. LR 5.1.3., Cipla will file a public version of the Complaint, with the confidential information redacted, within seven days.

Based on the foregoing, Cipla respectfully requests that the Court maintain the unredacted version of the Complaint under seal.

|  | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| OF COUNSEL: | _Anne Shea Gaza_ |
|  | Anne Shea Gaza (No. 4093) |
| Dennies Varughese | Samantha G. Wilson (No. 5816) |
| Uma Everett | Rodney Square |
| Sterne Kessler Goldstein & Fox P.L.L.C. | 1000 North King Street |
| 1100 New York Avenue NW, Suite 600 | Wilmington, DE 19801 |
| Washington, DC 20005 | (302) 571-6600 |
| (202) 371-2600 | agaza@ycst.com |
| dvarughe@sternekessler.com | swilson@ycst.com |
| ueverett@sternekessler.com | |
|  | *Counsel for Plaintiffs Cipla Limited* |
| Dated: March 1, 2019 | *and Cipla USA, Inc.* |

01:24224816.1

3